IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TORRI THORNTON,<br><br>            Plaintiff,<br><br>v.<br><br>ROCK RIDGE INSURANCE COMPANY et al.,<br><br>            Defendants. | Case No. 24-CV-362-JFH-GLJ |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gerald L. Jackson. Dkt. No. 20. The Magistrate Judge recommends that the motion to vacate default judgment filed by Defendant Rock Ridge Insurance Company [Dkt. No. 9] be granted.

Neither party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court. On that basis, Defendant Rock Ridge Insurance Company's motion to vacate default judgment [Dkt. No. 9] is GRANTED.

IT IS SO ORDERED this 31st day of March 2025.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE